**LAWRENCE J. WARFIELD**
Chapter 7 Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| JEFFREY ALAN ALDAMA | Case No. 0:14-bk-03535-BMW |
| Debtor(s). | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1005 | 07/11/2016 | ALDAMA, JEFFREY ALAN<br>7411 1367TH TERRACE<br>#208<br>OVERLAND PARK, KS 66223 | $1,491.09 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,491.09 to the Clerk of the Court to be deposited in the Registry thereof.

DATED July 11, 2016.

/s/ Lawrence J. Warfield
Lawrence J. Warfield, Trustee